UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VICENTE ESQUIVEL FAVELA,

    Petitioner,

v.

KRISTI NOEM, et al.,

    Respondents.

No. 1:25-CV-261-H

### ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

    Before the Court is the petitioner's petition for a writ of habeas corpus and motion for a temporary restraining order or preliminary injunction. Dkt. Nos. 1; 2. The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ and motion should not be granted by no later than December 12, 2025. The respondents must file with the answer all records relevant to the resolution of the petitioner's habeas petition and motion for TRO or preliminary injunction. The petitioner may file a reply to the respondents' answer by no later than December 26, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

    In addition, the respondents are ordered to file, by no later than 12:00 p.m. CT on November 24, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition and motion for TRO or preliminary injunction (Dkt. Nos. 1; 2). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

– 2 –

Service of this Order, as well as the petition and motion for TRO or preliminary injunction (Dkt. Nos. 1; 2), shall be made by the petitioner on the United States Attorney for the Northern District of Texas, Ryan Raybould, by 5:00 p.m. CT on November 23, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on November 22, 2025.

                                        JAMES WESLEY HENDRIX
                                      UNITED STATES DISTRICT JUDGE