UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

VICENTE ESQUIVEL FAVELA,

    Petitioner,

v.

No. 1:25-CV-261-H

KRISTI NOEM, et al.,

    Respondents.

**ORDER**

Vicente Esquivel Favela petitioned for a writ of habeas corpus challenging his mandatory detention without bond. Dkt. No. 1. The respondents inform the Court that they effectuated Favela's voluntary departure from the United States on February 15, 2026. Dkt. No. 16. Accordingly, Favela is no longer detained.

Based on the information provided by the respondents, the Court concludes that Favela's claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on February 🝔, 2026.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE